JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER E. FOSTER,<br><br>Petitioner,<br><br>vs.<br><br>A. WASHINGTON-ADDUCI,<br>Warden, et al.,<br><br>Respondents. | Case No. CV 09-07987-PSG (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that petitioner's Motion to Amend is denied, respondent's Motion to Dismiss is denied and this action is dismissed with prejudice.

DATED: April 27, 2010

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE